UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                        Case Number: 14 CR 00741 (KMK)

     v.

                            **ORDER**

ABRAHAM RUBIN,

          Defendant. *& Defendant*
-----------------------------------------------------------x

Upon all are prior proceedings and submissions by ~~the parties~~ in the above-captioned case the Court hereby:

1. **AMENDS** the prior judgment in this case to indicate that the Court recommends to the Bureau of Prisons (BOP) that the BOP designate the defendant to a Residential Reentry Center (RRC), specifically the RRC in Brooklyn, New York, for the service of the four month prison sentence imposed by the Court in this case so that defendant may continue to attend to his wife's medical care.

2. **ORDERS** that the defendant's surrender date be stayed until May 23, 2018 ~~to allow the Bureau of Prisons time to evaluate the recommendation for designation encompassed in this Order~~;

3. **ORDERS** that notice of this Order be forwarded *by Defense Counsel* forthwith to the United States Marshals Service (USMS) and the Probation Office (USPO), Southern District of New York, ~~and that the USMS and USPO deliver a true copy of this Order to ECHO Team at the Federal Bureau of Prisons, Designation and Computation Center~~.

                                          IT IS SO ORDERED

                                          _____

New York, New York
May 8, 2018                           Hon. Kenneth M. Karas, U.S.D.J.